No. 92–8254.  CORRAL *v.* UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 92–8258.  DOMBY *v.* CENTRAL INTELLIGENCE AGENCY
ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 92–8264.  PETTITT *v.* WESTPORT SAVINGS BANK ET AL.
C. A. 9th Cir.  Certiorari denied.

No. 92–8267.  SEIFFERT *v.* UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 92–8269.  HARRISON-PHILPOT *v.* UNITED STATES.  C. A.
9th Cir.  Certiorari denied.

No. 92–8271.  ANGELO *v.* UNITED STATES.  C. A. 5th Cir.  Cer-
tiorari denied.

No. 92–8274.  EJEKWU *v.* UNITED STATES.  C. A. 2d Cir.  Cer-
tiorari denied.

No. 92–8276.  TRACY *v.* UNITED STATES.  C. A. 1st Cir.  Cer-
tiorari denied.

No. 92–8284.  DIXON *v.* UNITED STATES.  C. A. 11th Cir.  Cer-
tiorari denied.

No. 92–8286.  MIRANDA *v.* UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 92–8296.  HYMON *v.* UNITED STATES.  C. A. 5th Cir.  Cer-
tiorari denied.

No. 92–8297.  ISLAS-MOLINERO *v.* UNITED STATES.  C. A. 5th
Cir.  Certiorari denied.

No. 92–8299.  GUESS *v.* UNITED STATES.  C. A. 9th Cir.  Cer-
tiorari denied.

No. 92–8308.  ROBINSON *v.* UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 92–8312.  NORWOOD *v.* UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 92–8319.  ZEYRA *v.* UNITED STATES.  C. A. 9th Cir.  Cer-
tiorari denied.